JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO, an individual on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>BETA BIONICS, INC., a Massachusetts corporation; JOHNSON SERVICE GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-01132-JWH-JDE<br><br>Assigned for All Purposes To:<br>Hon. John W. Holcomb<br>Dept.: 9D<br><br>**ORDER** |

1 | Based upon the Parties' Joint Stipulation to Remand, and good cause appearing, the Court hereby **ORDERS** as follows:

    1.    The Parties' stipulation is **APPROVED**.

    2.    This case is **REMANDED** to Orange County Superior Court.

**IT IS SO ORDERED.**

DATED: June 5, 2024

By: _____
Hon. John W. Holcomb
United States District Judge